UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTURO CUEVAS,<br><br>         Plaintiff,<br><br>  -against-<br><br>THE CITY OF NEW YORK, ET AL.,<br><br>         Defendants. | 24-cv-9633 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the May 14, 2025, order, the complaint, filed in forma pauperis ("IFP") under 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: May 19, 2025
     New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
             Chief United States District Judge